IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>JENNILEE JANAE VELEZ, MIA ARMANI WILLIAMS, SAMANTHA GABRIELLE FRANCISCO, and JULANY RIVERA,<br><br>        Defendants. | 4:23CR3021<br><br>ORDER |

Defendant has moved to continue the pretrial motion deadline, (Filing No. 50), because Defendant and defense counsel need additional time to fully review the discovery. The motion to continue is unopposed. The motion sets forth a substantial good cause basis for extending the deadline for filing pretrial motions. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1)     Defendant's motion to continue, (Filing No. 50), is granted.

2)     As to all defendants, pretrial motions and briefs shall be filed on or before August 22, 2023.

3)     As to all defendants, the conference call previously scheduled to be held on August 8, 2023, is continued. A telephonic conference with counsel will be held before the undersigned magistrate judge at 9:15 a.m. on August 29, 2023 to discuss setting any pretrial motion hearing needed, a change of plea hearing, or the date of the jury trial and deadlines for disclosing experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

4)     The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and August 29, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because Choose an item.. Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 31st day of July, 2023.

                                      BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge