IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JENNILEE JANAE VELEZ,<br><br>　　　　　　Defendant. | 4:23CR3021<br><br>ORDER |

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 60), is granted.

2) The evidentiary hearing on defendant's motion to suppress, (Filing No. 54), will be held before the undersigned magistrate judge on October 25, 2023 at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

September 22, 2023.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge