IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>vs.<br><br>JENNILEE JANAE VELEZ, MIA ARMANI WILLIAMS, SAMANTHA GABRIELLE FRANCISCO, and JULANY RIVERA,<br><br>  Defendants. | 4:23CR3021<br><br>**ORDER** |

Defendant Velez has moved to continue Defendant's change of plea hearing. (Filing No. 77). As explained by counsel, the parties need additional time to engage in plea discussions The motion to continue is unopposed. Based on the representations of counsel,

IT IS ORDERED:

1) Defendant's motion, (Filing No. 77), is granted in part. Defendant's change of plea hearing is cancelled.

2) As to all defendants, the trial of this case is set to commence before the Honorable John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on February 5, 2024, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

3) Expert witness disclosures as required under Rule 16 must be served on or before January 26, 2024.

4) As to all defendants, the time between today's date and February 5, 2024 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although

counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

December 5, 2023.

                                            BY THE COURT:

                                            <u>*s/ Cheryl R. Zwart*</u>
                                            United States Magistrate Judge