IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-CR-3021 |
| vs. | ORDER |
| JENNILEE JANAE VELEZ, | |
| Defendant. | |

Pursuant to the Court's order on sentencing schedule, motions for variance from the sentencing guidelines were to be filed by March 11, 2024. Filing 86 at 1-2. No motions were filed, and the Court entered its tentative sentencing filings on March 12. Filing 108. The defendant has now filed an untimely motion for variance. Filing 123. The Court will, nonetheless, take up the defendant's motion at sentencing.[1]

IT IS ORDERED that the defendant's motion for variance (filing 123) will be taken up at sentencing.

Dated this 3rd day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

[1] The Court notes, however, that the defendant's request for "a two-level variance pursuant to 18 U.S.C. § 3553(a) and in recognition of the proposed amendments to the Guidelines with respect to offenders with 0 criminal history points," filing 123 at 1, is moot: That amendment went into effect on November 1, 2023, see U.S.S.G. § 4C1.1, and the Court uses the Guidelines manual in effect at the time of sentencing, see U.S.S.G. § 1B1.11(a), which is why the presentence report at ¶46 already includes the two-level reduction to the offense level provided by § 4C1.1.