IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JENNILEE JANAE VELEZ,<br><br>    Defendant. | 4:23-CR-3021<br><br>ORDER |

  The defendant has moved to extend her self-surrender date. Filing 147. The Court is advised that the motion is unopposed. Accordingly,

  IT IS ORDERED:

1. The defendant's motion to seal (filing 146) is granted.

2. The defendant's motion to extend (filing 147) is granted.

3. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons at 1:00 P.M. on November 20, 2024.

4. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 31st day of July, 2024.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge