IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JENNILEE JANAE VELEZ,<br><br>　　　　　　Defendant. | 4:23-CR-3021<br><br>ORDER |

　　　The defendant has moved to extend her self-surrender date. Filing 258. The motion is unopposed. Accordingly,

　　　IT IS ORDERED:

　　　1.　　The defendant's motion to seal (filing 257) is granted.

　　　2.　　The defendant's motion to extend (filing 258) is granted.

　　　3.　　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons at 1:00 P.M. on June 11, 2025.

　　　4.　　The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 17th day of April, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge