IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-CR-3021 |
| vs. | ORDER |
| JENNILEE JANAE VELEZ, | |
| Defendant. | |

The defendant has moved to extend her self-surrender date. Filing 276. The motion is unopposed. Accordingly,

IT IS ORDERED:

1. The defendant's motion to extend (filing 276) is granted.

2. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons at 1:00 P.M. on August 13, 2025.

3. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 28th day of May, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge